Dismissed and Memorandum Opinion filed May 22, 2003









Dismissed and Memorandum Opinion filed May 22, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00128-CV

____________

 

MASHA
LENA SCOTT, Appellant

 

V.

 

THE FLEETWOOD, Appellee

 



 

On Appeal from the County Civil Court at Law No. 4

Harris
County, Texas

Trial Court Cause No. 785,320

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed January 21, 2003.

On April 30, 2003, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 22, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.